**91–580.** State, ex rel. Jester, v. Cleveland. *Cuyahoga County,* No. 56438. On request for oral argument. Request denied.

**91–592.** State, ex rel. Apanovitch, v. Cleveland. *Cuyahoga County,* No. 58867. On request for oral argument. Request denied.

**91–864.** State, ex rel. McArthur, v. DeSouza. In Quo Warranto. On motion for leave to file relator's brief instanter. Motion granted.

MOYER, C.J., and WRIGHT, J., dissent.

**91–1044.** Myers v. Pub. Util. Comm. Public Utilities Commission, No. 90–1315–EL–CSS. On request for oral argument in lieu of briefs. Request denied.

**91–1099.** A & B Refuse Disposers, Inc. v. Ravenna Twp. Bd. of Trustees. *Portage County,* No. 90–P–2196. On motion for leave to file *amicus* of Mid–American Waste Sys., Inc. Motion granted.

H. BROWN, J., not participating.

**91–1130.** State, ex rel. Grinnell, v. Ohio Adult Parole Auth. *Franklin County,* No. 90AP–1108. On motion for leave to amend brief. Motion granted.

MOYER, C.J., WRIGHT and H. BROWN, JJ., dissent.

**91–1153.** Newbold v. Keller. In Mandamus. On motion to consolidate with 91–1750, *Newbold v. Keller,* motion for leave to file evidence instanter, and motion for leave to file supplemental pleadings. Motions denied.

**91–1259.** Forbes v. Midwest Air Charter, Inc. *Cuyahoga County,* No. 56815. On motion to reconsider denial of motion to exceed page limit or, in the alternative, for clarification. Motion denied.

SWEENEY and DOUGLAS, JJ., dissent.

RESNICK, J., would permit an additional fifteen pages.

**91–1315.** In re Poling. *Franklin County,* No. 91AP–08. On motion to reconsider denial of appointment of counsel and motion for appointment of counsel. Motions granted to the extent that motion for appointment of counsel is remanded to court of appeals for appointment of counsel.

HOLMES, J., dissents.

**91–1350.** State v. Jones. *Cuyahoga County,* No. 58423. On motion for leave to withdraw as counsel. Motion granted.

**91–1378.** State v. Mourey. *Franklin County,* No. 90AP–1199. On motion to consolidate with 91–2024, *State v. Mourey,* Franklin County, No. 90AP–1199, motion for leave to withdraw as counsel, and motion for appointment of counsel. Motions granted.

**91–1589.** State v. Van Gundy. *Franklin County,* Nos. 90AP–473, 90AP–475, 90AP–477 and 91AP–474. On motions for leave to file *amicus* of Housing Opportunities Made Equal et al., and the Anti–Defamation League. Motions granted.

**91–1601.** State v. Shane. *Tuscarawas County,* No. 90AP040030. On motion to consolidate with 91–142, *State v. Rhodes,* Franklin County, No. 90AP–289, for purposes of oral argument. Motion granted and cause will be heard on the same day.

**91–1775.** In re Hood. *Summit County,* No. 14957. On motion for leave to amend memorandum in support. Motion granted.

**91–1977.** State v. Steffen. *Hamilton County,* No. C–900596. On motion for leave to file supplemental appendix instanter. Motion granted.

**91–2010.** Turner v. Turner. *Lorain County,* No. 91CA004961. On motion for leave to file *amicus* of National Federation of the Blind of Ohio. Motion granted.